```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KENNETH BOLLWERK,                        :
                                         :
                    Plaintiff,           :
            -v-                          :    23cv10835 (DLC)
                                         :
GO NEW YORK TOURS INC. and CAT           :       ORDER
JENNINGS,                                :
                                         :
                    Defendants.          :
----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the Court's record, the time for the defendants, Go New York Tours and Cat Jennings, to answer has passed. Accordingly, it is hereby

ORDERED that plaintiff shall submit to the Court by **March 12, 2024,** an order to show cause for entry of a default against the defendant, returnable at **3:00 P.M.** on **March 26** in Courtroom 18B. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:   New York, New York
         February 20, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge