```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
KENNETH BOLLWERK,                        :
                                         :      23cv10835 (DLC)
                           Plaintiff,    :
              -v-                        :      ORDER
                                         :
GO NEW YORK TOURS INC. and CAT           :
JENNINGS,                                :
                                         :
                           Defendants.   :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 2, 2024, plaintiff filed a motion to dismiss the counterclaims brought by defendant Go New York Tours, Inc. ("Go New York") pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a party has 21 days after the service of a motion under Rule 12(b) to amend the pleading once as a matter of course. Accordingly, it is hereby

ORDERED that Go New York shall file any amended counterclaims by April 23, 2024. It is unlikely that Go New York will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended counterclaims are filed, Go New York shall file any opposition to the motion to dismiss by April 23, 2024. Plaintiff's reply, if any, shall be filed by May 7.

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 3, 2024

> _____
> DENISE COTE
> United States District Judge