UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------X
KENNETH BOLLWERK,                       :
                                        :
                    Plaintiff,          :      23cv10835 (DLC)
          -v-                           :
                                        :          ORDER
GO NEW YORK TOURS INC. and CAT          :
JENNINGS,                               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's May 14, 2024, motion to dismiss the defendants' amended counterclaims, it is hereby

ORDERED that the respondent shall file any opposition to the motion by May 28, 2024.  The petitioner's reply, if any, shall be filed by June 4.  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           May 15, 2024

                              _____
                                   DENISE COTE
                              United States District Judge